PHILLIP A. TALBERT
Acting United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00110-AC |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS |
| | ) | VIOLATION NOTICE 4803957/CA21 |
| v. | ) | |
| | ) | |
| AUSTIN M. DEWEES, | ) | DATE:  May 10, 2016 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Allison Claire |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00110-AC relating to Violation Number 4803957/CA21 with prejudice is GRANTED.

The United States Attorney's Office is directed to notify the defendant of the court's dismissal of this case; the Clerk's Office is not required to complete service by mail on the defendant.

IT IS SO ORDERED.

Dated: May 6, 2016

*allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1